[No. 3752-1.    Division One.    August 2, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. AMBROSE SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 70999, Robert M. Elston, J., entered April 14, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4054-1.    Division One.    August 2, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID EZEKIEL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 72831, Robert W. Winsor, J., entered August 13, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4146-1.    Division One.    August 2, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD LEE JAMES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 72829, Francis E. Holman, J., entered September 18, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4481-1.    Division One.    August 2, 1976.]

*In the Matter of the Welfare of* ROBERT TURMAN.

Certiorari to review a judgment of the Superior Court for King County, No. J-75839, Donald M. Niles, J. Pro Tem., entered February 2, 1976. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Swanson, J., and Soderland, J. Pro Tem.